IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REBECCA REID, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:10-CV-1359-M |
| | ) | |
| BETTY STILES, | ) | |
|     Defendant. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed, but the Plaintiff filed a "Motion to Leave to Amend Pleading," apparently in response to the recommendation of the United States Magistrate Judge that Plaintiff be given fourteen days to file an amended pleading to cure the deficiencies noted by the Magistrate Judge. The Motion does not do so, so it is denied. Therefore, the District Court reviewed the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and conducted an independent review of the matters on which the recommendation was based. The Court found the recommendation entirely correct. The Court therefore ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant's Motion to Dismiss is **GRANTED,** and the Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. Defendant's Motion for a More Definite Statement is **DENIED AS MOOT**.

SO ORDERED this 12th day of January, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS